■ SHANNON ROETHEL, an Infant, by Her Parent and Natural Guardian, TINA ROETHEL, et al., Appellants, v EAST NASSAU MEDICAL GROUP, P. C., Respondent. [614 NYS2d 255] —Appeal by the plaintiffs, as limited by their brief, from stated portions of a judgment of the Supreme Court, Nassau County (O'Brien, J.), entered October 27, 1992.

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice O'Brien at the Supreme Court. Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.